■ ALICE KNEPKA et al., Appellants, v TIMOTHY TALLMAN et al., Respondents. [718 NYS2d 541] —Order unanimously reversed on the law with costs, motion denied and complaint reinstated. Memorandum: Supreme Court erred in resolving issues of credibility in granting defendants' motion for summary judgment dismissing the complaint (*see, Mickelson v Babcock,* 190 AD2d 1037; *see generally, Black v Chittenden,* 69 NY2d 665, 669; *Capelin Assocs. v Globe Mfg. Corp.,* 34 NY2d 338, 341). Any inconsistencies between the deposition testimony of plaintiffs and their affidavits submitted in opposition to the motion present credibility issues for trial (*see, Schoen v Rochester Gas & Elec.,* 242 AD2d 928; *Mickelson v Babcock, supra*). (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Pine, Kehoe and Balio, JJ.